**Attorney fee Master Chart**

| | Year of Graduation | Rate | Hours Billed | Amount | 10% Reduction |
|---|---|---|---|---|---|
| **NCLEJ** | | | | | |
| Bass | 1980 | $450.00 | 55.5 | $24,966.00 | |
| Cohan | 1979 | $450.00 | 55.4 | $24,939.00 | |
| Mannix | 1975 | $450.00 | 31.0 | $13,963.50 | |
| Fajana | 1993 | $350.00 | 65.0 | $22,764.00 | |
| Lotto | 2009 | $250.00 | 37.1 | $9,272.50 | |
| **Sub-total** | | | | **$95,905.00** | **$86,314.50** |
| **William Quigley** | 1977 | $450.00 | 31.8 | **$14,287.50** | **$12,858.75** |
| **Sima Atri** | | $200.00 | 206.0 | **$41,200.00** | **$37,080.00** |
| | | | **TOTAL** | **$151,392.50** | **136,253.25** |